LAWRENCE G. BROWN
Acting United States Attorney
SARALYN M. ANG-OLSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

**FILED**

JAN - 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>2007 MERCEDES BENZ, S550,<br>VIN: WDDNG71X77A065783,<br>CALIFORNIA LICENSE NUMBER:<br>369ALE,<br><br>          Defendant. | 2:09-cv-00045-MCE-GGH<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on January 6, 2009, in the United States District Court for the Eastern District of California, alleging that the defendant 2007 Mercedes Benz S550, VIN: WDDNG71X77A065783, California License Number: 369ALE (hereafter "defendant vehicle"), is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration, Special Agent, Brian Nehring, there

1

1 is probable cause to believe that the defendant vehicle so
2 described constitutes property that is subject to forfeiture for
3 such violation(s), and that grounds for issuance of a Warrant for
4 Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
5 the Supplemental Rules for Admiralty or Maritime Claims and Asset
6 Forfeiture Actions;

7     IT IS HEREBY ORDERED that the Clerk for the United States
8 District Court, Eastern District of California, shall issue a
9 Warrant for Arrest of Articles *In Rem* for the defendant vehicle.

10 Dated: Jan. 7, 2009

                                                                 **GREGORY G. HOLLOWS**
                                                                 GREGORY G. HOLLOWS
                                                                 United States Magistrate Judge