LAWRENCE G. BROWN
Acting United States Attorney
SARALYN M. ANG-OLSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>2007 MERCEDES BENZ, S550,<br>VIN: WDDNG71X77A065783,<br>CALIFORNIA LICENSE NUMBER:<br>369ALE,<br><br>       Defendant. | 2:09-cv-00045-MCE-GGH<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

1

1  3. Defendant 2007 Mercedes Benz S550, VIN:
2 WDDNG71X77A065783, California License Number: 369ALE (hereafter
3 "defendant vehicle") was seized in the city of Sacramento, in
4 Sacramento County, California.  The Drug Enforcement
5 Administration published notice of the nonjudicial forfeiture of
6 the defendant vehicle on September 22, 29, and October 6, 2008 in
7 the <u>Wall Street Journal</u>.
8  4. Plaintiff proposes that publication be made as follows:
9   a. One publication;
10   b. Thirty (30) consecutive days;
11   c. On the official internet government forfeiture
12 site [www.forfeiture.gov](www.forfeiture.gov);
13   d. The publication is to include the following:
14    (1) The Court and case number of the action;
15    (2) The date of the arrest/seizure;
16    (3) The identity and/or description of the
17 property arrested/seized;
18    (4) The name and address of the attorney for the
19 Plaintiff;
20    (5) A statement that claims of persons entitled
21 to possession or claiming an interest pursuant to Supplemental
22 Rule G(5) must be filed with the Court and served on the attorney
23 for the Plaintiff no later than 60 days after the first day of
24 publication on the official internet government forfeiture site;
25 and
26    (6) A statement that answers to the Complaint or
27 a motion under Rule 12 of the Federal Rules of Civil Procedure
28 ("Fed. R. Civ. P.") must be filed and served within 20 days after

2

the filing of the claims and that, in the absence thereof, default may be entered and condemnation ordered.

Dated: 1/6/09                LAWRENCE G. BROWN
                             Acting United States Attorney


                             /s/ Saralyn M. Ang-Olson
                             SARALYN M. ANG-OLSON
                             Special Assistant U.S. Attorney


**ORDER**

   IT IS SO ORDERED.

Dated: January 12, 2009

                              s/s Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE


2007mercedes.ord

3