UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

2007 MERCEDES BENZ, S550,
VIN: WDDNG71X77A065783,
CALIFORNIA LICENSE NUMBER:
369ALE,

        Defendant.

        NO. CIV. S-09-0045 LKK/GGH

        O R D E R

    A scheduling conference for this case is currently scheduled for May 4, 2009 at 2:30 p.m. It does not appear that this conference will be helpful or necessary. Accordingly, this conference is VACATED.

    IT IS SO ORDERED.

    DATED: April 29, 2009.

                      LAWRENCE K. KARLTON
                      SENIOR JUDGE
                      UNITED STATES DISTRICT COURT