UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

2007 MERCEDES BENZ, S550,
VIN: WDDNG71X77A065783,
CALIFORNIA LICENSE NUMBER:
369ALE,

        Defendant.
_____/

NO. CIV. S-09-0045 LKK/GGH

O R D E R

The government's "Motion To Strike Claim and Answer of Nino A. Cefalu" is currently scheduled to be heard on December 19, 2011. Claimant's opposition or Statement of Non-opposition was due on December 5, 2011, per E.D. Cal. R. ("Local Rule") 230(c). Claimant, who is represented by Mark Joseph Reichel, Esq., has not filed an opposition or statement of non-opposition. The government asks the court to grant the motion as "unopposed."

Having considered the matter, the court ORDERS as follows:

////

1. Counsel for Claimant is **ORDERED TO SHOW CAUSE** in writing why he should not be sanctioned in accordance with Local Rule 110, including a fine of $150 and/or an order striking Claimant's Claim and Answer (Dkt. No. 10). Counsel for Claimant SHALL file his written response to this Order To Show Cause within seven (7) days of the issuance of this order.

2. The hearing on the government's Motion To Strike (Dkt. No. 23), currently scheduled for December 19, 2011, is **CONTINUED** to January 17, 2012.

3. Claimant SHALL file an opposition or a Statement of Non-opposition to the government's Motion To Strike no later than December 23, 2011. The government MAY file a reply no later than January 9, 2012.

IT IS SO ORDERED.

DATED: December 12, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT