1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11                              NO. CIV. S-09-0045 LKK/GGH
              Plaintiff,

12                                      O R D E R
         v.

13
     2007 MERCEDES BENZ, S550,
14   VIN: WDDNG71X77A065783,
     CALIFORNIA LICENSE NUMBER:
15   369ALE,

16
              Defendant.
17   _____/

18       The government's "Motion To Strike Claim and Answer of Nino

19   A. Cefalu" was originally scheduled to be heard on December 19,

20   2011. Claimant's opposition or Statement of Non-opposition was due

21   on December 5, 2011, per E.D. Cal. R. ("Local Rule") 230(c).

22   Claimant, who is represented by Mark Joseph Reichel, Esq., did not

23   file an opposition or a Statement of Non-Opposition.

24       The court thereupon (i) issued an Order To Show Cause why

25   Claimant's counsel should not be sanctioned with a fine of $150

26   and/or an order striking Claimant's Claim and Answer, and

                                   1

1   (ii) ordered Claimant to file an opposition or a Statement of Non-

2   Opposition to the government's motion.

3       Claimant has not complied with the court's order to file a

4   response to the government's Motion To Strike, and counsel for

5   Claimant has not timely responded to the OSC.[1]

6       Accordingly:

7       1.   The government's unopposed Motion to Strike (Dkt.

8   No. 23), is **GRANTED**, pursuant to Supplemental Rule G(8)(c)(i)(A),

9   and the January 17, 2012 hearing is accordingly **VACATED.**

10      2.   The Clerk of the Court is directed to **STRIKE** Claimant's

11   Claim and Answer (Dkt. No. 10).

12      3.   Counsel for Claimant is **SANCTIONED** in the amount of one

13   hundred and fifty ($150.00) dollars.  This sum shall be paid to the

14   Clerk of the Court no later than thirty (30) days from the

15   effective date of this order.  Counsel shall file an affidavit

16   accompanying the payment of this sanction which states that it is

17   paid personally by counsel, out of personal funds, and is not and

18   will not be billed, directly or indirectly, to the client or in any

19   way made the responsibility of the client as attorneys' fees or

20   costs.

21   ─────────────────

22       [1] Counsel has now late-filed a declaration in response to the
Order to Show Cause claiming that he thought he had substituted out
23   as counsel (Dkt. No. 27).  However, the declaration establishes
that counsel failed to comply with Local Rule 182(g), concerning
24   substitution of attorneys.  Accordingly, counsel never substituted
out as counsel. Counsel's declaration, which he signed as "Attorney
25   for Claimant," states his non-opposition to the striking of the
claim and to the sanction imposed pursuant to the Order to Show
26   Cause.

1     IT IS SO ORDERED.

2     DATED:   January 12, 2012.

5

6     LAWRENCE K. KARLTON
      SENIOR JUDGE
7     UNITED STATES DISTRICT COURT

3