BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00045-LKK-GGH |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| 2007 MERCEDES BENZ, S550, VIN: WDDNG71X77A065783, CALIFORNIA LICENSE NUMBER: 369ALE, | |
| Defendant. | |

This matter came before the Honorable Judge Gregory G. Hollows on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant vehicle to oppose the United States' motion. Based on the United States' motion and the files and records of the court, which the undersigned has reviewed,[1] THE Undersigned FINDS as follows:

\\\\\

---

[1] Given the docket in this case, the case particulars and the default of the claimants are well known to the district judge, and there is little to be gained by a repetition of those facts in these Findings.

1                                    Findings and Recommendations

1         1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed
2  January 6, 2009.
3         2. The United States has moved this Court, pursuant to Local Rule 540, for
4  entry of default judgment of forfeiture against potential claimants Steven Noel
5  Davison and Nino A. Cefalu.
6         3. The United States has shown that a complaint for forfeiture was filed;
7  that potential Steven Noel Davison and Nino A. Cefalu received notice of the
8  forfeiture action; that any and all other unknown potential claimants have been
9  served by publication; and that grounds exist for entry of a final judgment of
10 forfeiture.[2]
11        Therefore, IT IS RECOMMENDED as follows:
12        4. That Steven Noel Davison and Nino A. Cefalu be held in default;
13        5. That the United States' motion for default judgment and final judgment of
14 forfeiture be granted;
15        6. That a judgment by default be entered against any right, title, or interest
16 of potential claimants Steven Noel Davison and Nino A. Cefalu in the defendant
17 vehicle referenced in the above caption;
18        7. That a final judgment be entered, forfeiting all right, title, and interest in
19 the defendant vehicle to the United States, to be disposed of according to law.
20        8. That the Default Judgment and Final Judgment of Forfeiture lodged
21 herein be signed by the Honorable Lawrence K. Karlton and filed by the Clerk of
22 the Court.
23 Dated: <u>March 23, 2012</u>
24                                 /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE
25
   GGH:076/U.S.Mercedes0045.fr.wpd
26

---

27    [2] Although claimant Cefalu has appeared in the case and is currently
28 represented by counsel, his claim and answer were stricken by the district court on January 12, 2012. (Dkt. no. 29.)